IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Robinson, Samuel E

Printed: 01/22/09

Case Number: 08 B 04403
Judge: Wedoff, Eugene R
Filed: 2/27/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: September 25, 2008
Confirmed: May 8, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,214.00 |  |
| Secured: |  | 559.93 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 575.09 |
| Trustee Fee: |  | 78.98 |
| Other Funds: |  | 0.00 |
| Totals: | 1,214.00 | 1,214.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,496.50 | 575.09 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 11,069.97 | 500.00 |
| 4. | City Of Chicago | Secured | 273.00 | 59.93 |
| 5. | Countrywide Home Loans Inc. | Secured | 25,941.29 | 0.00 |
| 6. | Illinois Dept of Revenue | Priority | 425.88 | 0.00 |
| 7. | Feldco Factory Inc. | Unsecured | 313.50 | 0.00 |
| 8. | Commonwealth Edison | Unsecured | 130.56 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 1,946.31 | 0.00 |
| 10. | Portfolio Recovery Associates | Unsecured | 55.77 | 0.00 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 30.00 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 8.74 | 0.00 |
| 13. | Cavalry Portfolio Services | Unsecured | 168.75 | 0.00 |
| 14. | Credit Acceptance Corp | Unsecured | 420.56 | 0.00 |
| 15. | Peoples Energy Corp | Unsecured | 84.08 | 0.00 |
| 16. | Internal Revenue Service | Priority |  | No Claim Filed |
| 17. | World Financial Network Nat'l | Unsecured |  | No Claim Filed |
| 18. | Bally Total Fitness | Unsecured |  | No Claim Filed |
| 19. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 20. | Professional Account Management | Unsecured |  | No Claim Filed |
| 21. | Plaza Associates | Unsecured |  | No Claim Filed |
| 22. | Snetresacct | Unsecured |  | No Claim Filed |
| 23. | West Asset Management | Unsecured |  | No Claim Filed |
| 24. | Social Security Administration | Unsecured |  | No Claim Filed |
| 25. | United Compucredit Collection | Unsecured |  | No Claim Filed |
| 26. | American Recovery System | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Robinson, Samuel E

Printed: 01/22/09

Case Number:  08 B 04403
Judge:  Wedoff, Eugene R
Filed:  2/27/08

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Professional Account Management | Unsecured | | No Claim Filed |
| | | $ 44,364.91 | $ 1,135.02 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 74.74 |
| 6.6% | 4.24 |
| | $ 78.98 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

